1  STUART BARASCH
   California State Bar #74108
2  925 - 41st Street, Suite 102
   Miami Beach, FL 33140-3337
3  Tel. (800) 445-2930
   Fax (213) 621-2536
4  email: sblawoffice@aol.com

5  Attorney for Plaintiff

6

7

8              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
9

10

11 NANG RATMYSENG,                    | 1:07-CV-01742 OWW SMS
12                Plaintiff,           |
13 v.                                  | STIPULATION TO EXTEND DATES IN
                                       | SCHEDULING ORDER
14 MICHAEL J. ASTRUE,                  |
   Commissioner of Social Security,    |
15                                     |
                  Defendant.           |
16

17

18

19     IT IS HEREBY STIPULATED by and between the parties, through their respective

20 undersigned attorneys, and with the permission of the Court, that the dates on the Scheduling

21 Order be extended 30 days.  Therefore, plaintiff's Confidential Letter Brief is hereby due on

22 or before July 19, 2008.  All other due dates on the Scheduling Order are extended

23 accordingly.

24     This extension of times is needed because of a heavy calendar and in order for the

25 plaintiff to prepare the materials necessary to prepare and deliver her Confidential Letter

26 Brief.  This plaintiff's first request for an extension of time.

27

28
                                        1

| | |
|---|---|
| DATED: June 18, 2008 | S/Stuart Barasch<br>STUART BARASCH,<br>Attorney for Plaintiff |
| DATED:  June 18, 2008 | McGREGOR W. SCOTT<br>United States Attorney<br>BRIAN W. ENOS<br>Assistant U.S. Attorney |
| | S/Elizabeth Firer*<br>ELIZABETH FIRER<br>Special Assistant United States Attorney<br>Attorney for Federal Defendant<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security |
| | *As authorized |

### CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2008, the foregoing document, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

S/Stuart Barasch
STUART BARASCH

2

1  STUART BARASCH
   California State Bar #74108
2  925 - 41st Street, Suite 102
   Miami Beach, FL 33140-3337
3  Tel. (800) 445-2930
   Fax (213) 621-2536
4  email: sblawoffice@aol.com

5  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANG RATMYSENG, | No. CV 07-07621 AGR |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the parties' stipulation filed on June 18, 2008, plaintiff is GRANTED and extension of time to July 19, 2008, to prepare and deliver her Confidential Letter Brief.

IT IS SO ORDERED.

**Dated:   June 23, 2008**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE