UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANG N. RATMYSENG, ) | 1:07-cv-1742-SMS |
| ) Plaintiff, ) | ORDER DIRECTING DEFENDANT TO FILE |
| v. ) | OPPOSITION OR NON-OPPOSITION TO |
| ) | PLAINTIFF'S COUNSEL'S MOTION TO |
| MICHAEL J. ASTRUE, ) | WITHDRAW (DOC. 23) NO LATER THAN |
| Commissioner of Social ) | FIFTEEN DAYS AFTER THE DATE OF |
| Security, ) | SERVICE OF THIS ORDER |
| ) | |
| Defendant. ) | ORDER PERMITTING PLAINTIFF TO |
| ) | FILE A RESPONSE TO THE MOTION |
| ) | TO WITHDRAW NO LATER THAN FIFTEEN |
| | DAYS AFTER THE DATE OF SERVICE OF |
| | THIS ORDER |
| | |
| | ORDER DIRECTING THE CLERK TO |
| | SERVE THIS ORDER BY MAIL ON |
| | PLAINTIFF AT THE ADDRESS STATED |
| | IN THIS ORDER |

Plaintiff is proceeding with counsel with an action seeking judicial review of an unfavorable decision of the Commissioner of Social Security (Commissioner) with respect to Social Security benefits. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the Magistrate Judge to conduct all proceedings in this matter, including ordering the entry of final judgment.

Pending before the Court is the motion of Plaintiff's counsel to withdraw as attorney of record, filed on September 8,

1

1  2008.

2       In order to facilitate the timely consideration of this
3  motion, Defendant IS DIRECTED to serve and file opposition or
4  notice of non-opposition to the motion no later than fifteen days
5  after the date of service of this order.

6       Further, if Plaintiff intends to respond to the motion,
7  Plaintiff's response SHALL BE SERVED and FILED no later than
8  fifteen days after the date of service of this order.

9       Finally, the Clerk IS DIRECTED to serve a copy of this order
10 on Plaintiff, Nang N. Ratmyseng, at 447 N. Diana, Apartment B,
11 Fresno, California 93701.

13 IT IS SO ORDERED.

14 **Dated:   September 11, 2008**            /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE