# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NANG N. RATMYSENG, | ) | 1:07-cv-1742-SMS |
| | ) | |
| Plaintiff, | ) | ORDER AMENDING INFORMATION SENT |
| v. | ) | TO PRO SE LITIGANT |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER GRANTING PLAINTIFF AN |
| Commissioner of Social | | EXTENSION OF TIME UNTIL NOVEMBER |
| Security, | ) | 10, 2008, TO SERVE ON DEFENDANT A |
| | ) | CONFIDENTIAL LETTER BRIEF |
| Defendant. | ) | |
| | ) | |
| | ) | |

    Plaintiff is proceeding pro se with an action seeking judicial review of an unfavorable decision of the Commissioner of Social Security (Commissioner) with respect to Social Security benefits. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the Magistrate Judge to conduct all proceedings in this matter, including ordering the entry of final judgment.

    Recently the Court issued an order granting the motion of Plaintiff's counsel to withdraw from representation of Plaintiff. In connection with the ruling, the Court set forth information intended to be helpful to a pro se litigant in proceeding with the action. However, the order had outdated information regarding

addresses, including the address to which the confidential letter brief was to be sent to Defendant.

The Plaintiff should send the confidential letter brief, as required by paragraph three of the scheduling order, to the attorneys who are listed on the docket as representing Defendant Commissioner of Social Security:

```
Brian William Enos
Office of the United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Caifornia 93721

Elizabeth Mary Firer
Social Security Administration
Office of the General Counsel
333 Market Street, Suite 1500
San Francisco, California 94105.
```

In the interest of the efficient administration of justice, the Court GRANTS sua sponte an extension of time until November 10, 2008, to Plaintiff within which to serve her confidential letter brief upon Defendant.

Further, an updated informational order will be served on Plaintiff.

IT IS SO ORDERED.

**Dated:   October 22, 2008**              /s/ Sandra M. Snyder
                                 UNITED STATES MAGISTRATE JUDGE

2