UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANG N. RATMYSENG,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | 1:07-cv-01742-SMS<br><br>**ORDER FOLLOWING SHOW CAUSE HEARING REQUIRING PLAINTIFF'S PERSONAL APPEARANCE**<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** (Doc. 29)<br><br>**Deadline for Plaintiff to Obtain Legal Counsel: 3/27/09** |

    Plaintiff is proceeding pro se in an action seeking judicial review of an administrative decision of the Commissioner of Social Security that denied, in whole or in part, her claim for benefits under the Social Security Act.  The parties have consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1) (Docs. 7 & 11), and the case has been assigned to the Magistrate Judge to conduct all further proceedings, including the entry of a final judgment (Doc. 12).

    This matter came on regularly for an Order to Show Cause Hearing, requiring plaintiff to personally appear, on February 20, 2009 at 9:30 a.m. in Courtroom No. 7 of this Court before the

1  Honorable Sandra M. Snyder, United States Magistrate Judge.  This
2  case was called at approximately 9:35 a.m., and plaintiff was not
3  personally present.  During the remaining civil law and motion
4  calendar, and at approximately 10:15 a.m., plaintiff personally
5  appeared with her mother and essentially explained that they had
6  initially appeared at the Fresno County Courthouse on Van Ness
7  Avenue.  The Court also inquired as to plaintiff's current and
8  correct address, which plaintiff's mother advised was 443 (not
9  447) N. Diana, Apt. B, Fresno, CA, 93701.

10       Inasmuch as plaintiff had legal counsel when this case was
11 filed on November 27, 2007 until October 3, 2008, the Court
12 admonished plaintiff and her mother that the Court could not help
13 her/them through the necessary processes of the case.  It is
14 clear to the Court that neither the young (19-year-old) pro se
15 plaintiff or her mother understand English very well, nor this
16 social security review process, let alone how to compose an
17 opening brief.

18       The Court provided plaintiff and her mother with a list of
19 attorneys who practice social security law, and granted plaintiff
20 until **March 27, 2009**, by which she is to obtain legal counsel **OR**
21 her case will be dismissed outright pursuant to the inherent
22 power of this Court.

23       The Order to Show Cause issued on January 30, 2009 (Doc. 29)
24 is DISCHARGED.
25 IT IS SO ORDERED.

26 **Dated:   February 20, 2009**              **/s/ Sandra M. Snyder**
                                       UNITED STATES MAGISTRATE JUDGE
27
28