LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| NANG N. RATMYSENG, | Case No. 1:07-cv-01742 SMS (SS) |
|     Plaintiff, | |
|         v. | **STIPULATION AND ORDER TO EXTEND TIME** |
| MICHAEL J. ASTRUE, Acting Commissioner of Social Security, | |
|     Defendant. | |

      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 18 days to respond to Plaintiff's Opening Brief up to and including September 18, 2009.  This extension is necessary due to the heavy work load of the undersigned counsel for the Commissioner.  For the months of July and August, she has been responsible for filing documents in at least 35 district court cases and an appellate case.  Further, she has the responsibility to assist the United States Department of Justice in drafting a recommendation to the Solicitor General for a writ of certiorari in <u>Vasquez v. Astrue</u>, 547 F.3d 1101 (9th Cir. 2008) after the July 9, 2009, decision of the Ninth Circuit declining en banc review.  This task has been and

/ / / / /

1 continues to be unpredictable.  Due to this schedule, counsel for the Commissioner did not complete the
2 brief within the original schedule and requests an additional 18 days in which to do so.
3    The parties submit that, if permission for voluntary remand cannot be secured, this matter will
4 proceed in accordance with the original scheduling order.

Respectfully submitted,

/s/Ann M. Cerney

Dated: September 8, 2009

———————————————
ANN M. CERNEY
(as authorized via telephone 9/8/09)
Attorney at Law

Attorney for Plaintiff

Dated: September 8, 2009

LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:

/s/ Elizabeth Firer

———————————————
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

**Dated:   September 10, 2009**          /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE