1 | Ann M. Cerney, SBN: 068748
Shellie Lott, SBN:  246202
2 | CERNEY KREUZE & LOTT, LLP
Attorneys at Law
3 | 45 Hunter Square Plaza
Stockton, California  95202
4 | Telephone: (209) 948-9384
Facsimile:  (209) 948-0706
5 |
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| NANG N. RATMYSENG, | CASE NO.  1:07-CV-01742-SMS |
|---|---|
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time  to Reply to Defendant's Opposition to Plaintiff's Opening Brief.  The request is hereby APPROVED.

SO ORDERED, Plaintiff's reply is due on or before November 5, 2009.  NO FURTHER Extensions will be granted, as of November 5, 2009 case will be taken under submission.


DATED:  October 5, 2009                              /s/ Sandra M. Snyder
                                                                          SANDRA M. SNYDER
                                                                          UNITED STATES MAGISTRATE JUDGE